(Rev. 5/85) Judgment in a Civil Case ☒

# United States District Court

Eastern District of Wisconsin

| | |
|---|---|
| THOMAS W. KOEPPEN, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | |
| v. | |
| | CASE NUMBER: 02-C-510 |
| WARDEN JUDY P. SMITH, | |
| Respondent. | |

[X] Decision by Court. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED**
that the petition for a writ of habeas corpus is denied and the case is dismissed.

SOFRON B. NEDILSKY
Clerk of Court

August 28, 2006            s/ V. Kelly Barton Terry
Date                       (By) Deputy Clerk

Approved this 28th day of August, 2006.

s/AARON E. GOODSTEIN
United States Magistrate Judge